No. 98–9392.  BOGARD *v.* CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 98–9396.  HOWELL *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 98–9400.  FOLCK *v.* MASCHNER, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 98–9408.  RATHER *v.* SUTHERS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL.  Sup. Ct. Colo.  Certiorari denied.

No. 98–9410.  TONG PARK *v.* SAN MATEO COUNTY, CALIFORNIA, ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 98–9411.  MARTINEZ-VILLAREAL *v.* ARIZONA.  Super. Ct. Ariz., Cochise County.  Certiorari denied.

No. 98–9413.  MAESTAS *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 98–9415.  MCSHEFFREY *v.* HENRY, WARDEN; MCSHEFFREY *v.* CRUMP ET AL.; MCSHEFFREY *v.* UNITED STATES; and MCSHEFFREY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  Reported below: 164 F. 3d 625 (first judgment); 166 F. 3d 333 (second judgment).

No. 98–9416.  BURRELL *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 98–9417.  CLOSSON *v.* PITCHER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 98–9420.  COOKS *v.* WARD, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 98–9421.  TORTORICI *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 98–9422.  WELDON *v.* WYOMING.  Dist. Ct. Wyo., Natrona County.  Certiorari denied.

No. 98–9423.  WAYNE *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.